# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

**OSCAR ALEXIS GONZALEZ AGUILAR,**

    Petitioner,[1]

v.                                                                                                  No. 19-cv-0412 WJ/SMV

**KEVIN McALEENAN, MATTHEW T. ALBENCE,
WILLIAM P. BARR, FLOYD SAM FARMER,
DEAN KING, and CHAD MILLER**

    Respondents.

## ORDER TO CURE

THIS MATTER is before the Court on the Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241 [Doc. 1], filed May 3, 2019. Petitioner has not prepaid the $5 filing fee or, alternatively, submitted an application to proceed *in forma pauperis*. *See* 28 U.S.C. § 1915(a). Petitioner must cure this deficiency no later than June 11, 2019. Failure to timely cure the deficiency may result in dismissal of this action without further notice.

**IT IS THEREFORE ORDERED** that, by **June 11, 2019**, Petitioner prepay the $5 filing fee or, alternatively, submit a completed Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form).

**IT IS SO ORDERED.**

                                                                                   **STEPHAN M. VIDMAR**
                                                                                   **United States Magistrate Judge**

---

[1] Petitioner identifies as female and uses the first name Kelly and female pronouns. [Doc. 1] at 2, n.1. Accordingly, the Court will refer to Petitioner as "she" or "her."