# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

**OSCAR ALEXIS GONZALEZ AGUILAR,**

    Petitioner,[1]

v.                                                                 No. 19-cv-0412 WJ/SMV

**KEVIN McALEENAN, MATTHEW T. ALBENCE,**
**WILLIAM P. BARR, FLOYD SAM FARMER,**
**DEAN KING, and CHAD MILLER,**

    Respondents.

## ORDER TO UNSEAL ALL FILINGS

THIS MATTER is before the Court Petitioner's Response to Order to Show Cause [Doc. 21], filed on June 10, 2019. Petitioner offers no reason why her filings should not be unsealed, and she raises no objection to the unsealing of her filings. *See id.*

**IT IS THEREFORE ORDERED** that all filings in this case be **UNSEALED**.

**IT IS FURTHER ORDERED** that all future filings be available without restriction (i.e., "accessible by public and all case participants") unless there is good cause to seal the filing.

**IT IS SO ORDERED.**

                                                                                                **STEPHAN M. VIDMAR**
                                                                                                **United States Magistrate Judge**

---

[1] Petitioner identifies as female and uses the first name Kelly and female pronouns. [Doc. 1] at 2 n.1. Accordingly, the Court will refer to Petitioner as "she" or "her."